①

UNITED STATES DISTRICT AND BANKRUPTCY
COURT FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV - 3 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DANNY JOE HIRSCHFIELD
313  70TH STREET
CAPITOL HEIGHTS, MARYLAND 20743
(202) 714 - 5576
        V. S.

Case: 1:11-cv-01936
Assigned To : Unassigned
Assign. Date : 11/3/2011
Description: Pro Se Gen. Civil

U.S. BORDER PATROL
1699  CARR  ROAD
CALEXICO, CALIFORNIA 92231
(760) 768-2400


CALEXICO  POLICE  DEPARTMENT
420 E. 5TH STREET
CALEXICO, CALIFORNIA 92231
(760) 768 - 2140


IMPERIAL COUNTY SHERIFF DEPARTMENT  ICSO JAIL
        328  APPLESTILL RD.
        EL CENTRO, CA 92243
    (760) 339-6367

**RECEIVED**

OCT 1 2 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1



# COMPLAINT

ON 12-25-05  I WAS DRIVING ACCROSS UNITED STATES / MEXICO BORDER INTO THE UNITED STATES COMING FROM MEXICALI, BAJA CALIFORNIA NORTE, MEXICO.  AS I REACHED BORDER CROSSING. U.S. BORDER PATROL AGENT APPROACHED MY CAR WINDOW AND ASKED ME MY CITIZENSHIP I STATED  U.S. AMERICAN. HE THEN ASKED ME IF ID BEEN DRINKING I REPLIED NO SIR. HE THEN SAID "IS THAT ALCOHOL" I SMELL ON YOUR BREATH" I REPLIED NO SIR I HAVE NOT HAD ANY ALCOHOLIC BEVER- GES OR CONSUMED ANY LIQUER. AFTER CHECKING THE TRUNK OF MY CAR HE ASKED



ME TO PULL AHEAD TO SECOND INSPECTION SITE. HE THEN CALLED CALEXICO POLICE DEPARTMENT. OFFICER ARRIVED AT SCENE AT THE UNITED STATES BORDER CROSSING. OFFICER APPROACHED ME AT MY VEHICLE AND ASKED ME TO STEP OUT OF VEHICLE IN WHICH I FULLY COOPERATED TO CONDUCT A FIELD SOBRIETY TEST INSIDE THE U.S. BORDER PATROL HOLDING AREA. HE STARTED TO CONDUCT THE TEST BUT DID NOT FINISH. HE THEN PLACED ME UNDER ARRESST FOR (DUI) DRIVING UNDER THE INFLUENCE. AND FORCEFULLY TWISTED MY ARMS BACK BEHIND ME AND PUSHED AND BUMPED MY HEAD AGAINST



CONCRETE WALL INJURING ME. HE NEVER READ ME MY ARREST MIRANDA RIGHTS AT ALL THE WHOLE TIME, TRANSPORTING ME TO CALEXICO JAIL WHERE I WAS PLACED IN A HOLDING CELL FOR SEVERAL HOURS AND GIVEN A BREATH ALYZER TEST FOR ALCOHOL. HE THEN LEFT AND A DIFFERENT OFFICER RETURNED TO HOLDING CELL AND STATED THEY WERE RELEASING ME AND WRITING ME A CITATION, I THEN REPLIED WHAT ABOUT MY VEHICLE, HE REPLIED THAT IT WAS TOWED AND IMPOUNDED. AND I WOULDNT BE ABLE TO RETRIEVE MY VEHICLE FOR A FEW DAYS SINCE IT WAS CHRISTMAS NIGHT.

I THEN TOLD HIM I WAS NOT GOING TO ACCEPT THE CITATION AND I WAS INNOCENT. HE THEN SAID " YOURE GOING TO JAIL THEN" HE TRANSPORTED ME TO IMPERIAL COUNTY JAIL IMPERIAL COUNTY SHERIFFS DEPARTMENT. WHERE I WAS BOOKED AND AGGRESSIVLY SEVERAL DEPUTIES STRIPPED MY CLOTHING OFF AND PLACED ME IN A FREEZING COLD CELL NUDE WITH NO CLOTHING OR BLANKET TO KEEP WARM, I SUFFERD THE FREEZING COLD CELL ALL NIGHT THEN THEY HAD A PSYCHAETRIST EVALUATE ME IN THE MORNING AND PLACED ME IN GENERAL POPULATION. LATER THAT EVENING ON 12-26-05 MY FATHER ROBERT S. HIRSCHFIELD



PLACED BAIL THROUGH ALLADIN BAIL BONDS

AND I WAS RELEASED.

ON 1-5-06 THE DISTRICT ATTORNEYS OFFICE

DROPPED THE CASE WITH NO COURT APPEARANCE

DUE TO INNSUFFICIENT AND LACK OF EVIDENCE

AGAINST ME. CASE # C857000.

AT THE TIME I WAS A RESIDENT OF LAS VEGAS,

NEVADA VISITING FAMILLY MEMBERS IN MEXICO

AND CALIFORNIA. I BELIEVE I AM A VICTIM

OF LAW ENFORCEMENT MISSCONDUCT, HARRASMENT,

BODILY INJURY, WRONGFULL ARREST, WRONGFULLY

ACCUSED, DISCRIMINATION DUE TO MY DISABILITY

AND MY U.S. CONSTITUTIONAL RIGHTS AND

CIVIL RIGHTS HAVE BEEN VIOLATED. ALSO



ILLEGAL SEARCH & SEIZURE OF MY PERSON AND VEHICLE. I WOULD LIKE THE U.S. COURTS TO FILE A CIVIL LAWSUIT FOR PERSONAL DAMAGES IN THE AMOUNT OF $250,000 ON THE MENTIONED DEFENDANTS. I HAVE CONTACTED THE IMPERIAL COUNTY DISTRICT ATTORNEYS OFFICE TO TRY AND RETRIEVE RECORDS IN WHICH THEY ARE VERY NEGLECTFUL AND UNCOOPERATIVE IN DOING SO. I am REPRESENTING MYSELF IN PRO SE SINCE I CANNOTT AFFORD AN ATTORNEY AND ASKING THE COURT TO WAIVE ANY COURT FEES INVOLVED SINCE I AM ON LOW FIXED INCOME SOCIAL SECURITY AND DISABLED. DUE TO MY DISABILITY AND LACK OF RESOURCES IT HAS TAKEN ME SOME TIME



TO FILE THIS CIVIL COMPLAINT. I HAVE NOW

RELOCATED TO THE WASHINGTON D.C. AREA AS

A STUDENT TRANSFER TO THE UNIVERSITY OF

THE DISTRICT OF COLUMBIA TO CONTINUE MY

STUDIES, AND PURSUE MY CAREER. AS WELL AS

HANDLE MY CIVIL MATTERS IN THE COURTS

SINCE THERE ARE MORE RESOURCES HERE IN

THE NATIONS CAPITOL I FEEL IT IS MY

RESPOSIBILITY TO PROTECT MY CONSTITUTIONAL

RIGHTS AND ENFORCE MY CIVIL RIGHTS AS AN

N.S. AMERICAN BORN CITIZEN. I HOPE DEARLY

TO ACHIEVE JUSTICE AND COMPENSATION FOR

THESE UNJUSTLY ACTS COMMITED BY THE POLICE POWER

STATE. I WILL WORK HARDER TO ORDER



AND RETRIEVE ALL RECORDS NECESSARRY TO

SUPPORT MY CASE, AND STATMENTS. I WOULD LIKE

TO SEE IF THIS CASE CAN BE REVIEWED IN THE

DISTRICT OF COLUMBIA SINCE THE PRIMARY

(I CANNOTT AFFORD TO TRAVEL AT THIS TIME.)
CONTACT AGENCY WAS THE UNITED STATES

BORDER PATROL. I WILL ALSO FILE THIS

COMPLAINT WITH THE U.S. DEPARTMENT OF

JUSTICE AMERICANS WITH DISABILITY ACT

TITLE II SECTION 504 OF THE REHABILITATION ACT

OF 1973 DISCRIMINATION COMPLAINT. I HAVE A LEARNING

AND INTELECUAL DISABILITY SINCERELY YOURS,

DANNY JOE HIRSCHFIELD
313 70TH STREET
CAPITOL HEIGHTS
MARYLAND 20743 USA

**U.S. Department of Justice**
Civil Rights Division
Disability Rights Section



# Title II of the Americans with Disabilities Act / Section 504 of the Rehabilitation Act of 1973 Discrimination Complaint Form

Instructions: Please fill out this form completely, in black ink or type.
Sign and return it to the address on page 3.

---

Complainant: JANNY JOE HIRSCHFIELD

Address: 313 70TH STREET

City, State and Zip Code: CAPITOL HEIGHTS, MARYLAND 20743

Telephone:   Home: (202) 714-5576   Business: SAME

---

Person Discriminated Against (if other than the complainant): _____

Address: _____

City, State and Zip Code: _____

Telephone:   Home: _____   Business: _____

---

Government, or organization, or institution which you believe has discriminated:

Name   U.S. BORDER PATROL

Address: 1699 CARR ROAD

County: IMPERIAL   City CALEXICO

State and Zip Code CALIF., 92231   Telephone Number: (760) 768-2400

---

When did the discrimination occur?   Date: DECEMBER 25, 2005

OMB No. 1190-0009

Do you intend to file with another agency or court? YES PLEASE FIND ATTACHED
COPY OF COMPLAINT TO

Agency or Court: UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Address: 333 CONSTITUTION AVENUE N.W.

City, State and Zip Code: WASHINGTON, DC 20001

Telephone Number: (202) 354-3000

---

Additional space for answers: TO WHOM IT MAY CONCERN,
PLEASE FIND THE ENCLOSED ATTACHED CIVIL
COMPLAINT EXPLAINING TO THE BEST OF MY
KNOWLEGE ALL ASPECTS OF MY EXPERIENCE
WITH THIS CASE. THERE IS. POLICE MISSCONDUCT,
HARRASMENT, DISCRIMINATION BASED ON MY DISABILITY,
BODILY INJURY, WRONGFULL ARRESST, AND ILLEGAL
SEARCH & SEIZURE OF MY PERSON AND VEHICLE.
I AM ASKING THE DEPARTMENT OF JUSTICE FOR ALL
POSSIBLE ASSISTANCE IN PURSUING JUSTICE FOR
THESE UNJUSTLY ACTS COMMITTED BY THE CALIFORNIA
POLICE STATE AND U.S. FEDERAL AGENCIES. SINCERELY YOURS,

Signature: [signature]

Date: 10/10/11

---

Return to :
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Disability Rights Section - NYAV
Washington, D.C. 20530